UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-14123-CIV-MARTINEZ-MAYNARD

SHERRYL NATALIE MEDINA,

    Plaintiff,

vs.

ANDREW SAUL, Commissioner,
Social Security Administration,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Shaniek K. Maynard, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Attorney Fees. (ECF No. 29). Magistrate Judge Maynard filed a Report and Recommendation, (ECF No. 30), recommending that Plaintiff's Motion for Attorney Fees, be granted pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Plaintiff be awarded $7,805.12 in attorney's fees, $400.00 in costs, $19.20 in expenses, and $12.00 in paralegal fees. (*See id.* at 5).

The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that

1. United States Magistrate Judge Reinhart's Report and Recommendation, (ECF No. 30), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion for Attorney's Fees, (ECF No. 29), is **GRANTED**. Plaintiff is awarded $7,805.12 in attorney's fees, $400.00 in costs, $19.20 in expenses, and $12.00 in paralegal fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of February, 2022.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record